HOWARD J. CONYNE, Respondent, *v.* THOMAS McGIBBON et al., Appellants, et al., Defendants.

Submitted November 13, 1944; decided November 22, 1944.

*Coleman Taylor* and *Chandler S. Knight* for motions.
*Russell G. Dunmore, Jr.,* opposed.

Motions dismissed, with ten dollars costs and necessary printing disbursements on the ground that the orders do not finally determine the action within the meaning of the Constitution.